UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>GILBERTO BARRIENTOS-ARIZA,<br><br>           Defendant. | No. CR-11-2006-FVS<br><br>ORDER DENYING MOTIONS TO RECUSE AND RECONSIDER |

**THE DEFENDANT** having withdrawn his motions to recuse and reconsider; Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendant's "Motion to Recuse" (**ECF No. 45**) is **denied.**

2. The defendant's "Motion to Reconsider" (**ECF No. 48**) is **denied.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___24___ day of June, 2011.

                                      s/Fred Van Sickle
                                      Fred Van Sickle
                        Senior United States District Judge

ORDER - 1